

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DOUG ROLL,<br><br>               Plaintiff,<br><br>vs.<br><br>HAGADONE MONTANA PUBLISHING, LLC, dba THE WESTERN NEWS,<br><br>               Defendant. | CV 17–57–M–DLC<br><br>ORDER |

Before the Court is Plaintiff's Unopposed Motion to File Motion to Compel Deposition of Rick Weaver Under Seal (Doc. 18). Plaintiff seeks to file his motion to compel deposition, brief in support of that motion, and supporting exhibits under seal because all of these documents will contain discussion concerning a potentially privileged and inadvertently disclosed document. (Doc. 18 at 1–2.) As the Motion is unopposed, the Court will grant it. Accordingly,

IT IS ORDERED that Plaintiff's Unopposed Motion to File Motion to Compel Deposition of Rick Weaver Under Seal (Doc. 18) is GRANTED. Plaintiff may file his motion to compel, brief in support, and supporting exhibits under seal.

DATED this 23rd day of January, 2018.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court