Michael A. Viscomi
VISCOMI, GERSH, SIMPSON & JOOS, PLLP
121 Wisconsin Avenue
Whitefish, MT 59937
(406) 862-7800
viscomi@bigskyattorneys.com

Settlement Master/Mediator

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DOUG ROLL,<br><br>    Plaintiff,<br><br>v.<br><br>HAGADONE MONTANA PUBLISHING, LLC, dba THE WESTERN NEWS,<br><br>    Defendant. | CV-17-57-M-DLC<br><br>**SETTLEMENT CONFERENCE REPORT** |

The undersigned Settlement Master/Mediator, having participated in a settlement conference in the referenced case, reports as follows:

PLAINTIFF'S COUNSEL present:    Nicole F. Siefert, Esq.

DEFENDANT'S COUNSEL present:    Brian J. Smith, Esq.
    Katelyn J. Hepburn, Esq.

PARTIES present:    Doug Roll, *Plaintiff*
    Representative of Hagadone Montana Publishing, LLC, *Defendant*

DATE AND TIME OF CONFERENCE:    March 16, 2018, at 10:00 a.m.

CASE TYPE:    Libel, et al.

TIME SPENT: 7.6 hours    HOURS BILLED: 7.6 hours

RESULT:
    Case fully settled at conference    __XX__
    Case partially settled at conference    _____
    Case not settled/total impasse    _____

ADDITIONAL COMMENTS:
    None

DATED this 16th day of March, 2018.

_____
Settlement Master/Mediator-
Michael A. Viscomi, Esq.

cc: Counsel of record