IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| DOUG ROLL, | CV 17–57–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| HAGADONE MONTANA PUBLISHING, LLC, dba THE WESTERN NEWS, | |
| Defendant. | |

The Parties having jointly filed a Stipulation for Dismissal with Prejudice (Doc. 38),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE.

DATED this 1st day of May, 2018.

Dana L. Christensen, Chief Judge
United States District Court

-1-